**In re SEENA INTERNATIONAL INC.**

No. 2011–1006.

United States Court of Appeals,
Federal Circuit.

Dec. 3, 2010.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**Rickie J. YOUNG, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2011–5018.

United States Court of Appeals,
Federal Circuit.

Dec. 3, 2010.

### ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**John James BELL (also known
as Omar Abdel–Al–Mumit),
Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2010–5115.

United States Court of Appeals,
Federal Circuit.

Dec. 3, 2010.

John James Bell, Kershaw, SC, pro se.

Gregg M. Schwind, Department of Justice, Washington, DC, for Defendant–Appellee.

### ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**OPTI, INC., Plaintiff–Cross Appellant,**

v.

**APPLE INC., Defendant–Appellant.**

**Nos. 2010–1129, 2010–1286.**

United States Court of Appeals, Federal Circuit.

Dec. 6, 2010.

**Jerry A. GRAY, Claimant–Appellant,**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

**No. 2010–7127.**

United States Court of Appeals, Federal Circuit.

Dec. 13, 2010.

Jerry A. Gray, Chesapeake, VA, pro se.

**ORDER**

Appellant having filed the required brief, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the notice of appeal is REINSTATED.

Appellee should compute the due date for filing its brief from the date of filing of this order.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).